# IN THE SUPREME COURT OF THE STATE OF NEVADA

NEVADA NEW BUILDS, LLC,
Appellant,
vs.
NATIONSTAR MORTGAGE, LLC,
Respondent.

No. 72243

FILED

MAR 1 5 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a district court order granting summary judgment, certified as final under NRCP 54(b), in an action to quiet title. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge. Reviewing the summary judgment de novo, *Wood v. Safeway, Inc.*, 121 Nev. 724, 729, 121 P.3d 1026, 1029 (2005), we affirm.[1]

Consistent with this court's opinions in *Saticoy Bay LLC Series 9641 Christine View v. Federal National Mortgage Ass'n*, 134 Nev., Adv. Op. 36, 417 P.3d 363, 367-68 (2018), and *Nationstar Mortgage, LLC v. SFR Investments Pool 1, LLC*, 133 Nev. 247, 250-51, 396 P.3d 754, 757 (2017), the district court correctly determined that respondent had standing to assert 12 U.S.C. § 4617(j)(3) (2012) (the Federal Foreclosure Bar) on Fannie Mae's behalf and that the HOA's foreclosure sale did not extinguish the first deed of trust because Fannie Mae owned the loan secured by the deed of trust at the time of the sale. Although appellant raises an array of arguments on appeal regarding whether Fannie Mae truly owned the subject loan and whether evidence of that ownership needed to be publicly

---

[1]Pursuant to NRAP 34(f)(1), we have determined that oral argument is not warranted in this appeal.

19-11578

recorded, we decline to consider those arguments because they were not raised below. *Old Aztec Mine, Inc. v. Brown*, 97 Nev. 49, 52, 623 P.2d 981, 983 (1981).

The district court correctly determined that appellant took title to the property subject to the first deed of trust. We therefore

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:   Chief Judge, Eighth Judicial District Court
Hong & Hong
Ayon Law, PLLC
Akerman LLP/Las Vegas
Gerrard Cox & Larsen
Arnold & Porter Kaye Scholer LLP
Fennemore Craig P.C./Reno
Eighth District Court Clerk